The People of the State of New York, Respondent, v. Benjamin W. Gonick, Appellant.— On consent, motion to enlarge time granted and case ordered on the calendar for Monday, October 5, 1931. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

The People of the State of New York ex rel. Harway Improvement Company, Appellant, v. Charles W. Berry, as Comptroller of the City of New York; James J. Sexton and Others, as President and Commissioners of Taxes and Assessments of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ. On the court's own motion, the decision handed down on June 5, 1931,█ is hereby amended to read as follows: Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion, upon opinion of Mr. Justice May at Special Term.█ Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Herman Rosenstein and George J. Ginsberg, etc., Respondents, v. A. D. A. Realty and Construction and Others, Defendants; Charles Foley, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

Anna Schaffer, Respondent, v. Jacob Schaffer, Appellant.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

Julia Stitch, Respondent, v. Fannie Rohtman and Others, Appellants; Jack Stitch, Defendant.— Motion for reargument of motion for stay denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

Lena Thorner, Appellant, v. Julius Hosch, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

Town of North Hempstead, Appellant, v. Wesley Harper, Defendant, and Mabel A. H. Gow, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

Joseph Winkel, Respondent, v. Frank A. Droesch and Ohers, Appellants. Joseph Winkel, Respondent, v. Frank A. Droesch and Others, Appellants.— Motions for reargument denied, with ten dollars costs, payable by appellants jointly. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.